IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GREG KNOWLES, individually and as class
representative on behalf of all similarly situated
persons within the State of Arkansas                                                        PLAINTIFF

v.                                      No. 4:11-cv-04044

THE STANDARD FIRE INSURANCE COMPANY                                   DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Greg Knowles' amended motion (Doc. 54) to dismiss is GRANTED.  Plaintiff's individual claims are dismissed with prejudice, and the claims of the purported class are dismissed without prejudice.  Costs related to the appeal of this matter are assessed against Plaintiff pursuant to the order and judgment of the United States Supreme Court (Doc. 55-1) in the amount of $826.00.  The parties are otherwise ordered to bear their own costs.

IT IS SO ORDERED this 5th day of March, 2014.

/s/ P.K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE